IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kenneth Nehls, :

    Plaintiff, :

v. : Case No. 2:08-cv-1008

Michael J. Astrue, : JUDGE SARGUS
Commissioner of Social Security,
:
    Defendant.

## ORDER

In accordance with the joint stipulation filed by the parties, the final decision of the Commissioner of Social Security is reversed pursuant to the sixth sentence of 42 U.S.C. §405(g), and this case is remanded to the Commissioner for further administrative proceedings and a new decision. Upon receipt of the Court's order, the Appeals Council shall remand the matter to an Administrative Law Judge for a new hearing and a new decision. The Administrative Law Judge shall consider the impact of a subsequent determination of disability, with an established onset date of February 28, 2008.

Date: 5-15-2009

Edmund A. Sargus, Jr.
United States District Judge