AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KENNETH NEHLS,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

| | |
|---|---|
| **MICHAEL J. ASTRUE,** | **CASE NO. C2-08-1008** |
| **COMMISSIONER OF SOCIAL** | **JUDGE EDMUND A. SARGUS, JR.** |
| **SECURITY,** | **MAGISTRATE JUDGE TERENCE P. KEMP** |

    **Defendant.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed May 15, 2009, JUDGMENT is hereby entered REMANDING this case to the Commissioner for further administrative proceedings and a new decision. This case is DISMISSED.**

Date: May 15, 2009                          JAMES BONINI, CLERK

                                                 */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk