IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kenneth Nehls,

      Plaintiff,

    v.                              Case No. 2:08-cv-1008

Michael J. Astrue,                   JUDGE SARGUS
Commissioner of Social Security,

      Defendant.

## ORDER

On February 27, 2010, plaintiff's counsel filed a motion for an award of attorneys' fees

pursuant to 42 U.S.C. §406(b). Counsel requests a fee of $5,110. In an order filed on March 26,

2010, the Court noted that it was unable to determine if the request complied with Dearing v.

Secretary of HHS, 815 F.2d 1082 (6th Cir. 1987) and whether the request exceed 25% of the past

due benefits. Counsel was requested to provide additional information about these issues. In a

supplement to the motion, filed on April 6, 2010, these deficiencies were corrected.

Consequently, the Court GRANTS the motion for fees (#20). Counsel is awarded fees of

$5,110.00 pursuant to 42 U.S.C. §406(b).

Date: 4-14-2010

                                     Edmund A. Sargus, Jr.
                                     United States District Judge